IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re:

STATION CASINOS, INC.                    3:11-cv-00265-HDM-RAM

        Debtor(s),            ORDER
_____

THE UNITED STATES OF AMERICA,

        Appellant(s)

   vs.

STATION CASINOS, INC., et al,

        Appellee(s).
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

.    Dated this 14th day of April, 2011.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE