DANIEL G. BOGDEN
United States Attorney
District of Nevada

KARI M. LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-3822
Fax: (202) 307-0054
Email: *kari.m.larson@usdoj.gov*

PAUL S. ARONZON (CA SBN 88781)
paronzon@milbank.com
THOMAS KRELLER (CA SBN 161922)
tkreller@milbank.com
DANIEL M. PERRY (CA SBN 264146)
dperry@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone:     (213) 892-4000
Facsimile:     (213) 629-5063

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC.<br><br>☒ Affects this Debtor<br>☐ Affects all Debtors<br>☒ Affects Northern NV Acquisitions, LLC<br>☒ Affects Reno Land Holdings, LLC<br>☒ Affects River Central, LLC<br>☒ Affects Tropicana Station, LLC<br>☒ Affects FCP Holding, Inc.<br>☒ Affects FCP Voteco, LLC<br>☒ Affects Fertitta Partners LLC<br>☒ Affects FCP MezzCo Parent, LLC<br>☒ Affects FCP MezzCo Parent Sub, LLC<br>☒ Affects FCP MezzCo Borrower VII, LLC<br>☒ Affects FCP MezzCo Borrower VI, LLC<br>☒ Affects FCP MezzCo Borrower V, LLC<br>☒ Affects FCP MezzCo Borrower IV, LLC<br>☒ Affects FCP MezzCo Borrower III, LLC<br>☒ Affects FCP MezzCo Borrower II, LLC<br>☒ Affects FCP MezzCo Borrower I, LLC<br>☒ Affects FCP PropCo, LLC<br>☐ Affects GV Ranch Station, Inc. | Chapter 11<br><br>Case Nos. BK-09-52470-GWZ through BK-09-52487-GWZ<br><br>Jointly Administered under BK-09-52477<br><br>Appeal Reference No. 11-06<br><br>District Court No. 3:11-cv-265-ECR-RAM<br><br>**ORDER APPROVING STIPULATION OF SETTLEMENT AND DISMISSING THE UNITED STATES' APPEAL** |

2402549v1

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA,            ) |
| 2 | )  Appellant,                        ) |
| 3 | )  v.                                ) |
| 4 | )                                    ) |
| 5 | STATION CASINOS, INC.                ) |
| 6 | ☒ Affects this Debtor                ) |
|   | ☐ Affects all Debtors                ) |
| 7 | ☒ Affects Northern NV Acquisitions, LLC ) |
|   | ☒ Affects Reno Land Holdings, LLC    ) |
| 8 | ☒ Affects River Central, LLC         ) |
| 9 | ☒ Affects Tropicana Station, LLC     ) |
|   | ☒ Affects FCP Holding, Inc.          ) |
| 10 | ☒ Affects FCP Voteco, LLC           ) |
|   | ☒ Affects Fertitta Partners LLC      ) |
| 11 | ☒ Affects FCP MezzCo Parent, LLC    ) |
|   | ☒ Affects FCP MezzCo Parent Sub, LLC ) |
| 12 | ☒ Affects FCP MezzCo Borrower VII, LLC ) |
| 13 | ☒ Affects FCP MezzCo Borrower VI, LLC ) |
|   | ☒ Affects FCP MezzCo Borrower V, LLC ) |
| 14 | ☒ Affects FCP MezzCo Borrower IV, LLC ) |
|   | ☒ Affects FCP MezzCo Borrower III, LLC ) |
| 15 | ☒ Affects FCP MezzCo Borrower II, LLC ) |
| 16 | ☒ Affects FCP MezzCo Borrower I, LLC ) |
|   | ☒ Affects FCP PropCo, LLC            ) |
| 17 | ☐ Affects GV Ranch Station, Inc.    ) |
| 18 |                        Appellees.    ) |

## ORDER

Having considered the Parties' Stipulation of Settlement and Voluntary Dismissal of the United States' Appeal ("Stipulated Settlement"), the Court has determined that judgment should be entered consistent with the stipulation and agreement of the Parties, which resolves all matters before this Court.

Accordingly, the Stipulated Settlement is hereby APPROVED and IT IS ORDERED that:

1. The United States' appeal from the Bankruptcy Court's March 24, 2011, Order Granting Debtors' Motion, and Denying the United States' Motion to Dismiss to the

2402549v1

-1-

United States District Court for the District of Nevada and the related Findings of Fact and Conclusions of Law (Bankr. Docket no. 2769, the "Appeal"), filed on April 7, 2011, is DISMISSED without prejudice.

2. Each party shall bear its own costs of litigation and attorneys fees.

IT IS SO ORDERED.

DATED June 15, 2011

_____
The Honorable Edward C. Reed, Jr.
U.S. District Court Judge

Submitted by:

| For Appellant, United States of America | For Appellees, Station Casinos, Inc. |
|---|---|
| DANIEL BOGDEN<br>United States Attorney | PAUL S. ARONZON (CA SBN 88781)<br>paronzon@milbank.com |
| KARI MADRENE LARSON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>Telephone: 202-616-3822<br>Fax: 202-307-0054<br>Kari.M.Larson@usdoj.gov | THOMAS KRELLER (CA SBN 161922)<br>tkreller@milbank.com<br>DANIEL M. PERRY (CA SBN 264146)<br>dperry@milbank.com<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, California 90017-5735<br>Telephone:   (213) 892-4000<br>Facsimile:    (213) 629-5063 |

2402549v1